■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARDO SUAREZ, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County (Lakritz, J.), rendered January 3, 1983, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Contrary to defendant's claim, the People proved his guilt beyond a reasonable doubt. The People presented sufficient evidence to prove that the shotgun in question was loaded and that it was concealable (see, Penal Law § 265.00 [former 3]; § 265.02 [4]; *People v Capers,* 105 AD2d 842; *People v Williams,* 90 AD2d 193; *People v Cohen,* 57 AD2d 790; *People v Roberts,* 79 Misc 2d 243; *People v Davis,* 112 Misc 2d 138; *People v Cortez,* 110 Misc 2d 652; *People v Ahern,* 104 Misc 2d 13; *cf. People v Burke,* 104 AD2d 420). Defendant's claim that the trial court's instructions to the jury were inadequate and erroneous is unpreserved for appellate review (see, *People v Thompson,* 107 AD2d 772). Mangano, J. P., Thompson, Brown and Eiber, JJ., concur.